# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Zuobiao Yuan, Xiaotian He, and Lili Tian, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TCM Health Center, Inc.,<br><br>The American Academy of Traditional Chinese Medicine, Inc., doing business as American Academy of Acupuncture and Oriental Medicine, Inc.,<br><br>Changzhen Gong,<br><br>Wei Liu,<br><br>and the successors of the American Academy of Traditional Chinese Medicine, Inc. and TCM Health Center, Inc.,<br><br>Defendants. | Civ. No. 21-963 (KMM/BRT)<br><br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed on September 20, 2022 (ECF No. 121), executed between Plaintiffs and Defendants,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice, and without costs, disbursements, or attorney's fees to any party, aside from the amounts Plaintiffs have separately agreed to pay to the American Academy of Traditional Chinese Medicine, Inc. and TCM Health Center, Inc.

Date:  September 21, 2022                                        *s/Katherine M. Menendez*
                                                                                          Katherine M. Menendez
                                                                                          United States District Judge